STIP
**DEAN Y. KAJIOKA, ESQ.**
Nevada Bar No. 5030
**KAJIOKA & ASSOCIATES**
8350 W. Sahara Avenue, Ste. 100
Las Vegas, Nevada 89117
Tel: (702) 776-7676
Fax: (702) 366-1653
attorneys@kajiokalawlv.com
*Attorneys for Defendant, MARTIN CASTRO, JR.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN CASTRO, JR.<br><br>Defendant. | Case No.: 2:26-mj-00558-NJK-3<br><br>**STIPULATION REGARDING ARRAIGNMENT AND PLEA HEARING** |

**STIPULATION REGARDING ARRAIGNMENT AND PLEA**

**IT IS HEREBY STIPULATED AND AGREED,** by and between ROBERT KNIEF, Assistant United States Attorney, counsel for the United States, and Dean Y. Kajioka, Esq. counsel for the Defendant, Martin Castro, Jr., that the Arraignment and Plea Hearing for Defendant Martin Castro, Jr. in the above-captioned matter currently scheduled for August 21, 2026, at the hour of 11:00 a.m., be vacated and continued to a date and time convenient to this Honorable Court.

This Stipulation is agreed upon for the following reasons:

1. Defendant's counsel, Dean Kajioka, Esq., will be out of the jurisdiction on August 21, 2026.
2. Both Parties agree to the requested continuance.

3. This continuance is requested in good faith and not for the purpose of delay.

DATED this _13_ day of August 2026.

**KAJIOKA & ASSOCIATES**

***/s/ Dean Kajioka, Esq.***

**DEAN Y. KAJIOKA, ESQ.**
Attorney for Defendant
*Martin Castro, Jr.*

DATED this _13_ day of August 2026.

**UNITED STATES ATTORNEY**

***/s/ Robert Knief***

**ROBERT KNIEF**
Assistant United States Attorney
*Counsel for the United States*