UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MARTIN CASTRO, JR.<br>Defendant. | ) | 2:26-cr-167-CDS-EJY - 3<br>Case No.: ~~2:26-mj-00558-NJK-3~~<br>**STIPULATION REGARDING ARRAIGNMENT AND PLEA HEARING** |

**ORDER**

Based upon the Stipulation of the parties and good cause appearing therefore;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Arraignment and Plea Hearing in the instant matter be continued from August 21, 2026, at 11:00 a.m. to the 26th day of August, 2026 at the hour of 11:00, a.m.

**IT IS SO ORDERED.**

HONORABLE BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE